# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Philadelphia District Attorney's     :
Office     :
    :
            v.     :
    :
Craig Williams,     :     No. 1337 C.D. 2017
           Appellant     :

## O R D E R

AND NOW, this 16th day of April, 2019 it is ORDERED that the above-captioned opinion filed February 8, 2019, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.


_____
ANNE E. COVEY, Judge